FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 JUN 22  AM 10: 35

OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**
*\*EN EL TRIBUNAL DE DISTRITO DE LOS*
*ESTADOS UNIDOS DE NORTEAMERICA*
*PARA EL DISTRITO DE NEBRASKA*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. _8:09 CR457_ |
| *ESTADOS UNIDOS DE NORTEAMÉRICA,* | ) | *CAUSA* |
| Plaintiff, | ) | |
| *Demandante,* | ) | PETITION TO ENTER A |
| | ) | PLEA OF GUILTY |
| vs. | ) | |
| | ) | *PETICIÓN PARA PRESENTAR* |
| *Christopher Parrott*. | ) | *DECLARACIÓN DE* |
| Defendant | ) | *CULPABILIDAD* |
| *Acusado* | ) | |
| | ) | |

I, _Christopher Parrott_, the defendant in this case, inform the
judge, under penalty of perjury, that I have discussed these matters with my attorney, if I have an
attorney, that I want to plead GUILTY to Count(s) _I  and  III_ of the
_in dictment_ (indictment or superseding indictment or
information) and that the answers to the following questions are true and correct to the best of my
knowledge and belief:

*Yo, _____, acusado(a) en este caso, le aviso al sr.*
*juez, so pena de perjurio, que ya he tratado estos asuntos con mi abogado, en caso de tener*
*abogado, que me quiero declarar CULPABLE del (los) Cargo(s) _____*
*_____ de la _____ (inculpación formal o de*
*la inculpación formal revisada o de la acusación de la fiscalía) y que las respuestas a las preguntas*
*que se dan a continuación son correctas y verídicas a mi leal saber y entender:*

A:  BACKGROUND QUESTIONS:
   *DATOS PERSONALES:*

   The questions in this section are asked for the purpose of giving the judge necessary
   background information.
   *Se hacen las preguntas a continuación para darle al juez la información que necesita sobre*
   *usted.*

   1.  What is your age?  _29_
      *¿Edad?* _____

   2.  How much education have you had? _High School GED_
      *¿Escolaridad? (¿Cuántos años asistió a la escuela?)*

**\* Spanish version by Telephone Interpreting Program (TIP), District of New Mexico**

   3.  Have you ever been under the care of a doctor or in a hospital or institution for drug
      or alcohol treatment or addiction?
      *¿Ha recibido atención médica o le han internado en un hospital o institución para*

*tratamientos al alcoholismo o la drogadicción?*
Yes/*Sí* ___✓___ No___

If so, when and where? *Bthver, N.C. — BOP 500 hr. program*
*De ser así, ¿dónde y cuándo?* ___

4.  Have you ever been under the care of a doctor or in a hospital for a mental or emotional condition?
    *¿Le ha atendido un médico o le han hospitalizado por condición mental o emocional?*
    Yes/*Sí* _____ No ___✓___

    If so, when and where? ___
    *De ser así, ¿dónde y cuándo?* ___

5.  If an attorney is now representing you in this case:
    *En la causa presente y de tener representación legal de un abogado:*

    a)  What is his or her name? ___*Emil M. FABIAN*___
        *¿Cómo se llama su abogado(a)?* ___

    b)  Have you had enough time to talk with him or her?
        *¿Ha tenido suficiente tiempo para hablar con su abogado(a)?*
        Yes/*Sí* ___✓___ No___

    c)  Have you told him or her everything about your case?
        *¿Le ha dicho a su abogado todo respecto a su caso?*
        Yes/*Sí* ___✓___ No___

    d)  Are you satisfied with the job he or she has done for you?
        *¿Está satisfecho(a) con la representación que le ha dado?*
        Yes/*Sí* ___✓___ No___

    e)  If you have any objections to the way the attorney has represented you, what has he or she done wrong or not done?
        *De tener objeción a la representación de su abogado(a) ¿qué es lo que hizo mal o qué no hizo?*
        ___
        ___
        ___
        ___

6.  Do you understand the charge(s) against you?
    *¿Entiende el (los) cargo(s) formulado(s) en su contra?*
    Yes/*Sí* ___✓___ No ___

B.  CONSTITUTIONAL RIGHTS - WAIVERS
    *RENUNCIA DE DERECHOS CONSTITUCIONALES*

The questions in this section are designed to inform you of valuable constitutional rights you will give up by pleading guilty.

*Se le hacen las preguntas a continuación para darle aviso de valiosas garantías constitucionales que pierde al declararse culpable.*

7.  Do you understand that you have a right to plead NOT GUILTY to every charge filed against you?

    *¿Entiende que tiene el derecho de declararse NO CULPABLE de cualquier cargo formulado en su contra?*

    Yes/Sí _____✓_____   No _____

8.  Do you understand that, if you plead NOT GUILTY, you have the following constitutional rights:

    *Si se declara NO CULPABLE ¿entiende que la Constitución le garantiza los siguientes derechos?*

    a)  the right to a speedy and public trial by jury

        *el derecho de juicio expedito y público ante jurado*

        Yes/Sí _____✓_____   No _____

    b)  the right to counsel at all stages of the proceedings, and, if you cannot afford to pay a lawyer, one will be appointed to represent you

        *el derecho de representación legal durante todo el proceso y, si no tiene con qué pagar a un abogado, se le nombrará uno que le represente*

        Yes/Sí _____✓_____   No _____

    c)  the right to see and hear all witnesses called to testify against you and the right to cross-examine them

        *el derecho de carear y contrainterrogar a todos los testigos de cargo*

        Yes/Sí _____✓_____   No _____

    d)  the right to use the court's subpoena power to compel the attendance of witnesses at trial and the production of other evidence

        *el derecho de obligar bajo orden jurídica tanto la asistencia de testigos como la presentación de pruebas de descargo en el juicio.*

        Yes/Sí _____✓_____   No _____

    e)  right to take the witness stand or not, as you choose, and that you cannot be required to take the witness stand

        *el derecho de testificar o no testificar a opción suya y que no se le puede obligar a testificar.*

        Yes/Sí _____✓_____   No _____

    f)  that, if you do not take the witness stand, the jury cannot take that as evidence against you

        *que si decide no testificar, el jurado no lo puede tomar como indicio de culpabilidad*

Yes/Sí ____✓____   No _____

g)   the right to be presumed innocent until the United States has proved you guilty of the elements of the offense beyond a reasonable doubt by the unanimous agreement of all 12 jury members
*el derecho a la presunción de inocencia hasta que el gobierno haya probado su culpabilidad en cuanto a los elementos del delito más allá de una duda razonable por decisión unánime de los 12 jurados*

Yes/Sí ____✓____   No _____

9.   Do you understand that, if you plead GUILTY, you will be found guilty of the elements of the offense without a trial and you will have given up all of the above rights, except the right to counsel?
*¿Entiende que, al declararse CULPABLE, lo encontrarán culpable de los elementos del delito sin juicio y habrá perdido todos los derechos de juicio ya enumerados con la salvedad del derecho a la asesoría jurídica?*

Yes/Sí ____✓____   No _____

10.   Do you understand that, if you plead GUILTY to a felony offense, this may deprive you of valuable civil rights, such as the right to vote, to hold public office, to serve on a jury and to possess any kind of firearm?
*¿Entiende que, al declararse CULPABLE de un delito mayor, puede ser privado de valiosos derechos civiles, como son los de votar, de desempeñar cargo público, de participar en jurados y de poseer cualquier arma de fuego?*

Yes/Sí ____✓____   No _____

C.   SENTENCING - GENERAL
*SENTENCIAS CONDENATORIAS - ESQUEMA GENERAL*

The questions in this section are designed to assure the judge that you understand aspects of the sentencing process.
*Se hacen las preguntas en esta sección para asegurarle al juez que usted entiende cómo se determinan las sentencias condenatorias.*

11.   If you are proposing to plead guilty pursuant to a plea agreement under a specific rule of criminal procedure, Federal Rule of Criminal Procedure 11 (c)(1)(C), the judge may either accept or reject your plea agreement. Pursuant to this Rule, if the judge rejects your plea agreement, you will be allowed to withdraw your plea of guilty. Also, pursuant to this Rule, if you plead GUILTY and the judge accepts your plea agreement, the judge is bound at your sentencing to impose the specific sentence or sentencing range, or to apply or not apply a provision of the Sentencing Guidelines, a policy statement or a sentencing factor, as agreed upon by you and the government. This disposition may be the same, greater than or lesser than the punishment you would have received if you had pleaded NOT GUILTY and had been convicted by a jury. Do you understand this?

Yes/Sí ____✓____   No _____

11. *Si se propone declararse culpable bajo un convenio que invoca una regla específica de las Reglas Federalas para Procedimientos Penales, la 11 (c)(1)(C), el juez puede aceptar o rechazar su convenio. Bajo esta Regla, si el juez rechaza el convenio suyo, será permitido a retirar su declaración de culpabilidad. También, bajo esta Regla, si usted se declara CULPABLE y el juez acepta su convenio, con esto se compromete a imponerle una sentencia específica o que cabe adentro de parámetros específicos o bien a aplicar o no aplicar una disposición de las Fórmulas de Sentencia, una declaración de política judicial o un factor que afecta la sentencia por acuerdo mutuo entre usted y el gobierno. Su caso puede ser resuelto con una condena similar, mayor o menor que el castigo que habría recibido si se hubiera declarado NO CULPABLE y si fuera encontrado culpable por un jurado. ¿Entiende usted esto?*

12. Unless you are pleading guilty pursuant to a plea agreement under Rule 11 (c)(1)(C) agreement, do you realize that:
    *A menos que se declare culpable bajo un convenio que invoca la Regla 11 (c)(1)(C), sí entiende que:*

    a) if you plead GUILTY, the judge may impose the same punishment as if you had pleaded NOT GUILTY and had been convicted by a jury?
    *¿al declararse usted CULPABLE, el juez puede imponerle la misma sentencia que le podría imponer si se hubiese declarado NO CULPABLE y le hubiese hallado culpable un jurado?*
    Yes/Sí ____✓____ No _____

    b) Do you know that the sentence you will receive is solely a matter for the judge to decide?
    *¿Sabe usted que la pena que se le impondrá será por decisión única y exclusiva del juez?*
    Yes/Sí ____✓____ No _____

13. a) What is the maximum term of imprisonment and the maximum fine that the law provides for the offense or offenses to which you want to plead GUILTY?
    *¿Cuál es el plazo máximo de encarcelamiento y la multa máxima que permite la ley para el delito o delitos a los que quiere declararse CULPABLE?*
    Life imprisonment    $4,000,000.00
    Fine, / $ 100 special assessment

    b) Is there a mandatory minimum punishment required by law for the offense or offenses to which you want to plead guilty?
    *¿Hay una pena mínima oligatoria que requiere la ley por el delito o delitos a los que quiere declararse culpable?*
    Yes/Sí ____✓____ No _____
    If yes, what is it?
    *De ser así, ¿cuál es?* Ten years; implishment

_____
_____

c) Do you understand that probation is generally not available if there is a mandatory minimum penalty?
   *¿Entiende que generalmente la libertad a prueba no basta para resolver casos que llevan una pena mínima obligatoria?*
   Yes/Sí _____✓_____ No _____

d) Will you be forfeiting any property to the United States as a result of your guilty plea?
   *¿El gobierno le confiscará alguna propiedad cómo resultado de su declaración de culpabilidad?*
   Yes/Sí _____✓_____ No _____

14. Do you realize that, if you plead GUILTY, the judge may require you to make restitution to any victim of the offense (18 U.S.C. § 3579, 3663 and 3671)?
    *¿Comprende usted que, si se declara CULPABLE, el juez puede obligarle a pagar indemnización a cualquier víctima del delito? (18 Código Penal Federal [C.P.F] § 3579, 3663 y 3671)*
    Yes/Sí _____✓_____ No _____

15. Do you understand that, if you plead GUILTY to any offense consisting of possession or distribution of controlled substances, you may be ineligible for any and all federal benefits as provided in 21 U.S.C. § 862?
    *¿Entiende que, al declararse CULPABLE de cualquier delito de poseer o distribuir drogas controladas por la ley, puede perder el derecho a cualquier prestación del gobierno federal bajo el título 21 C.P.F., fracción (§) 862?*
    Yes/Sí _____✓_____ No _____

16. Do you realize that in most cases, if any crime to which you plead GUILTY is (a) one of violence or (b) one for which the maximum sentence is life imprisonment or death or (c) one for which the maximum term of imprisonment is ten years and involves drug trafficking, you must be held in jail, beginning immediately after the judge finds you GUILTY upon your plea until you are sentenced, unless the judge defers a finding of guilt or under other very rare circumstances? (See 18 U.S.C. § 3143)
    *¿Comprende que en la mayoría de los casos, al declararse CULPABLE de cualquier delito (a) de violencia o (b) que lleve pena máxima de cadena perpetua o capital, o (c) de narcotráfico con pena máxima de diez años de prisión, es obligatoria su detención inmediata desde condenarle el juez por declaración de CULPABILIDAD hasta ser sentenciado a menos que aplace el juez el fallo de culpabilidad o de existir otras circunstancias excepcionales? (Ver 18 C.P.F. § 3143)*
    Yes/Sí _____✓_____

    _____ No _____

17.    Do you realize that the judge must require you to pay on each count to which you plead GUILTY a special assessment as follows: each felony count ($100); each misdemeanor count ($5 to $25)? (See 18 U.S.C. § 3013)
       *¿Comprende que el juez debe ordenarle pagar un gravamen especial por cada cargo al cual se declare usted CULPABLE en el importe de: cien dólares ($100) por cada cargo de delito mayor; de cinco a veinticinco dólares ($5 a $25) por cada cargo de delito menor? (Ver C.P.F. 18 § 3013)*
                              Yes/Sí _____✓_____   No _____

18.    If you are on probation or parole in any court, do you know that by pleading GUILTY here your probation or parole may be revoked and you may be required to serve time in that case in addition to any sentence imposed upon you in this case?
       *Si se encuentra en libertad condicional o en preliberación bajo jurisdicción de cualquier juzgado, ¿sabe que, al declararse CULPABLE aquí, le pueden anular esas condiciones de su libertad e imponerle un plazo de reclusión en ese caso anterior además de cualquier condena que reciba en este caso?*
                              Yes/Sí _____✓_____   No _____

D.   SENTENCING GUIDELINES
     *DIRECTRICES PARA FORMULAR SENTENCIAS*

You will be sentenced by the judge after consideration of the advisory federal sentencing guidelines. It is important that you understand certain consequences of these guidelines. *Usted será sentenciado por el juez después de consultar y considerar las directrices asesoras federales para formular sentencias. Es importante que usted entienda algunas consecuencias de estas directrices.*

19.   After consideration of the advisory sentencing guidelines and other important pertinent factors, the sentencing judge will impose a sentence. Unless you have a Rule 11(c)(1)(C) plea agreement which has been accepted by the court, there is no guarantee your sentence will be within any particular sentencing guideline range. Do you understand this?
*Después considerar las directrices asesoras y otros factores que vienen al caso, el juez dictará una sentencia condenatoria. A menos que tiene un convenio para declararse culpable bajo la Regla 11(c)(1)(C) aceptado por el juez, no se le garantiza una sentencia adentro de los parámetros de una fórmila de sentencia espécifia. ¿Entiende usted esto?*
                                              Yes/Sí ____✓____ No _____

20.   Parole has been abolished in the federal system. Thus, if you are sentenced to imprisonment for a certain period of time, you will serve that period of time, less no more than 54 days per year for good time you earn (18 U.S.C. § 3624). There is no good time awarded on sentences of imprisonment of less than one year and one day. Do you understand this?
*La preliberación fue abolida en el sistema federal. Por lo tanto, si se le condena a un plazo de prisión, usted quedará recluido hasta cumplir toda su sentencia, restándole un máximo de 54 días al año por buena conducta (18 C.P.F. § 3624). No se da crédito por buena conducta cuando el plazo de reclusión es menos de un año y un dia. ¿Entiende usted esto?*
                                              Yes/Sí ____✓____ No

21.   Do you understand that, if you are sentenced to a term of imprisonment, the judge may impose a period of supervised release to follow your release from imprisonment? (18 U.S.C. § 3583, 3624)
*¿Entiende que, si se le condena a un período de prisión, el juez podría imponerle un plazo de supervisión poscarcelaria que le tocaría cumplir después de cumplir su sentencia? (18 C.P.F. § 3583, 3624)*
                                              Yes/Sí ____✓____ No _____

22.   Do you understand that during any period of supervised release your activities will be limited by conditions set by the judge and that violation of any of those conditions may result in the judge's revoking the term of supervised release and requiring you to serve in prison all or part of the term of supervised release without credit for time previously served on postrelease supervision, and imposing another term of

supervised release? (18 U.S.C. § 3583)

*¿Entiende que durante cualquier plazo de supervisión poscarcelaria tendrá que cumplir con las condiciones que dicte el juez, y si no cumple con cualquiera de esas condiciones, el juez podría cancelarle la supervisión poscarcelaria y encarcelarlo por todo o parte del plazo de supervisión poscarcelaria sin darle crédito por el tiempo ya cumplido bajo supervisión poscarcelaria y luego imponerle otro plazo de supervisión poscarcelaria?  (18 C.P.F § 3583)*

Yes/Sí _____✓_____ No _____

23.    Do you understand that the conditions of supervised release may include any of those set out in 18 U.S.C. § 3563(a) and (b), including: no use or possession of alcohol or controlled substances; reasonable searches of your residence, automobile, and person for drugs and alcohol; seizure of any illegal drugs or alcohol in your possession; performing community service; and being on home confinement? (See 18 U.S.C. § 3583)

*¿Entiende que la supervisión poscarcelaria puede incluir cualquiera de las condiciones expuestas en el capítulo 18 del C.P.F. § 3563(a) y (b), incluyendo: prohibición de uso y posesión de bebidas alcohólicas o drogas controladas por la ley; registros razonables de su hogar, automóvil y su persona para detectar la presencia de drogas o bebidas alcohólicas; confiscación de cualquier droga ilegal o bebida alcohólica en su posesión; realizar servicios sociales; y quedar bajo confinamiento domiciliario?*

Yes/Sí _____✓_____ No _____

24.    Do you understand that your being on supervised release when you commit any crime may increase the sentence that may be given you for that crime?

*¿Entiende usted que de cometer algún delito cuando se encuentra bajo supervisión poscarcelaria puede resultar en un aumento de la sentencia que se le imponga por ese delito?*

Yes/Sí _____✓_____ No _____

25.    Using the advisory sentencing guidelines, the judge is required to take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is charged by the government in the crime to which you are pleading guilty. Thus, under the advisory sentencing guidelines, the judge will consider all relevant conduct at the time of sentencing, even if you are pleading guilty to less than all counts in the indictment. Do you understand this?

*Haciendo uso de las fórmulas asesoras para calcular sentencias, el juez tiene la obligación de tomar en cuenta toda conducta, circunstancia y daños relacionados con su conducta delictiva, auncuando estos factores no se incluyan en la acusación del gobierno como parte del delito al cual se declara usted culpable.  Por eso, bajo las fórmulas asesoras para dictar sentencias, el juez tomará en cuenta la totalidad de la conducta relacionada con su delito auncuando no se declare culpable de todos los cargos en la inculpación formal. ¿Entiende esto?*

Yes/Sí _____✓_____ No _____

26. A probation officer will be assigned to conduct a thorough presentence investigation to develop all relevant facts concerning your criminal conduct. Do you understand that making untrue statements to the probation officer may affect whether the judge accepts your plea agreement and may increase your punishment under the advisory sentencing guidelines?

*Un entrevistador judicial se encargará de realizar una investigación precondenatoria exhaustiva con el fin de documentar todos los hechos relacionados a su conducta delictiva. ¿Entiende usted que las declaraciones falsas al entrevistador podrían afectar la decisión del juez en cuanto a la aceptación de su convenio para declararse culpable y podría aumentarle la condena bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí ___✓___ No _____

27. Do you understand that, if you have had criminal convictions such convictions may serve to increase your sentence under the advisory sentencing guidelines?

*¿Entiende usted que, si tiene antecedentes penales, estos antecedentes podrían ocasionar un aumento de su sentencia bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí ___✓___ No _____

28. Do you understand that, if you committed the present offense(s) while on probation, parole, supervised release, or escape, this may increase your sentence under the advisory sentencing guidelines?

*¿Entiende que si usted cometió el (los) delito(s) actual(es) al encontrarse en estado de libertad vigilada, preliberación, supervisión poscarcelaria o fuga, le podrían aumentar la sentencia bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí ___✓___ No _____

29. Do you understand that, if you committed the present offense(s) less than two years after being released from prison, this may increase your sentence under the advisory sentencing guidelines?

*¿Entiende que, si cometió el (los) delito(s) actual(es) menos de dos años de su excarcelación, esto puede aumentar la sentencia bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí ___✓___ No _____

30. Do you understand that, if you committed the present offense(s) as part of a pattern of criminal conduct from which you derived a substantial portion of your income, this may increase your sentence under the advisory sentencing guidelines?

*¿Entiende que, si el (los) delito(s) actual(es) representa(n) una tendencia a la delicuencia de la cual recibe usted una parte importante de su ingreso, esto puede aumentar la sentencia bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí ___✓___ No _____

31. Do you understand that, if this offense is a crime of violence or a drug trafficking offense and if you have two earlier felony convictions of either a crime of violence

or a drug trafficking offense, you could be sentenced as a career offender, which could greatly enhance the punishment you receive under the advisory sentencing guidelines?

*¿Entiende usted que si el delito en el caso actual es de violencia o narcotráfico y si sus antecedentes incluyen dos condenas por delitos mayores de violencia o narcotráfico, podría ser sentenciado como delincuente habitual, lo cual podría aumentar mucho la pena que recibe bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí _____✓_____   No _____

32.  Do you understand that, if you cooperate with the government and provide substantial assistance to the investigation and prosecution of another person who has committed an offense, the judge may impose a sentence below the recommended guideline range under the advisory sentencing guidelines?

*¿Entiende que si coopera con las autoridades proporcionándoles ayuda sustancial en la investigación y enjuiciamiento de otra persona que cometió un delito, esto podría permitirle al juez imponer una sentencia menor que los parámetros recomendados bajo las fórmulas asesoras para calcular sentencias?*

Yes/Sí _____✓_____   No _____

33.  Do you understand the United States Attorney has the sole authority to decide whether to file a motion for downward  departure from a mandatory minimum penalty based upon any cooperation you may provide to the government and the court can only compel the United States Attorney to file such a motion for downward departure if the decision not to file such a motion is irrational, made in bad faith, or is based upon an unconstitutional motive?

*¿Entiende que  la Fiscalía Federal es la única autoridad facultada para decidir si va a solicitar reducir una sentencia a menos que un mínimo obligatorio a cambio de cualquier cooperación que le haya prestado usted al gobierno, y el juez sólo puede ordenarle a la Fiscalía Federal a pedir una reducción cuando la decisión de no pedir la reducción excepcional sea por motivo irrazonable, de mala fe o por decisión basada en algún motivo anticonstitucional?*

Yes/Sí _____✓_____   No _____

E.  VOLUNTARY NATURE OF PLEA
VOLUNTARIEDAD DE LA DECLARACIÓN DE CULPABILIDAD

34.  Are your plea of GUILTY and the waivers of your rights made voluntarily and completely of your own choice, free of any force or threats from anyone?

*¿Presenta su declaración de CULPABILIDAD y renuncia sus derechos por decisión propia, libre y  voluntariamente, y sin coerción o amenazas de nadie?*

Yes/Sí _____✓_____   No _____

35.  a)  Has any plea agreement been made by you with anyone which causes you to

plead GUILTY?

*¿Se quiere declarar CULPABLE debido a algún convenio para declararse culpable que tenga usted con alguien?*

Yes/Sí _____✓_____   No _____

b)   If so, exactly what is that agreement? (Attach the agreement, if it is in writing) (Explain it here if it is not in writing)

*De ser así, sírvase especificar cuál es el acuerdo. (Anexarlo de estar escrito) (Dar una explicación del convenio en caso de no haberse escrito)* _____

_____Attached_____

_____

c)   What are your reasons for making that agreement?

*¿Cuáles son sus motivos para aceptar ese convenio?* Because

the agreement is in my

best interest.

d)   If there is such an agreement, do you understand that the judge may reject the agreement, if the judge finds that the plea agreement is not in the interest of justice?

*¿Entiende que, de haber tal convenio, lo puede rechazar el juez si determina que no corresponde a la buena administración de la justicia?*

Yes/Sí _____✓_____   No _____

36.   Has anyone made any promise that causes you to plead GUILTY, aside from the promises, if any, set out in your answer to question 35?

*Aparte de las promesas mencionadas en su respuesta a la pregunta 35, de haberlas, ¿alguien le ha prometido algo que le induce a declararse CULPABLE?*

Yes/Sí _____   No ____✓____

37.   Has any officer, attorney or agent of any branch of the government (federal, state or local) promised, suggested or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead GUILTY?

*¿Le ha prometido, sugerido o pronosticado cualquier agente, abogado o funcionario de cualquier dependencia del gobierno (a nivel federal, estatal o municipal) que recibirá una condena reducida, la libertad vigilada o cualquier otra consideración de clemencia a cambio de declararse CULPABLE?*

Yes/Sí _____   No ____✓____

38.   Has the judge made any suggestion as to what the actual sentence will be?

*¿Le ha indicado el juez cual será realmente la sentencia condenatoria que recibirá?*

Yes/Sí _____   No ____✓____

39. Are you under the influence of any kind of alcohol, medicine or drug that is, in the least way, interfering with your ability to think clearly and understand exactly what you are doing in answering these questions?
*¿Se encuentra usted bajo la influencia de alguna bebida alcohólica, medicamento o droga que podría alterar en lo más mínimo su capacidad de pensar claramente y entender exactamente lo que está haciendo al responder a estas preguntas?*
Yes/Sí _____  No ___✓___

40. Are you pleading GUILTY for any reason other than the fact that you are guilty?
*¿Se declara CULPABLE por cualquier motivo que no sea el hecho de ser realmente culpable?*
Yes/Sí _____  No ___✓___

41. Is there any other information or advice that you want before you enter a plea?
*¿Quisiera usted recibir alguna otra información o asesoría jurídica antes de declararse culpable?*
Yes/Sí _____  No ___✓___

F.   CONCLUSION / FACTUAL BASIS
     CONCLUSIÓN / HECHOS FUNDAMENTALES

42. Has your attorney gone over all of these questions and your answers to them?
*¿Su abogado ya repasó con usted todas estas preguntas y sus respuestas a las preguntas?*
Yes/Sí ____✓____  No _____

43. Do you understand all of these questions?
*¿Entiende usted todas estas preguntas?*
Yes/Sí ____✓____  No _____
If not, which ones don't you understand?
*De no ser así, ¿cuáles son las que no entiende?* _____
_____
_____
_____

44. Are you GUILTY?
*¿Es usted CULPABLE?*   Yes/Sí ____✓____  No _____

45. What acts did you do that cause you to think you are guilty of the charge(s) to which you want to plead GUILTY?
*¿Cuáles son los actos que cometió que, a su parecer, lo hacen culpable del (los) cargo(s) al (los) cual(es) quiere declararse CULPABLE?* _I_ _conspired_ _with_ _others_ _to_ _distribute_ _more_ _than_

_3000 but less than 10,000 kilograms_
_of marijuana_

I understand that if I have knowingly and intentionally made any false answers in this petition, my answers may be used against me in a prosecution for perjury or making a false statement. (See Fed. R. Crim. P. 11(c)(5)).

*Entiendo que si intencional y deliberadamente he dado respuestas falsas en esta petición, mis respuestas podrían usarse en contra mía en una demanda por perjurio o declaración falsa. (Ver Reglas Federales para Procesos Penales. 11(c)(5)).*

46.   **Non-English Speaking defendants must answer the following question:** This Petition and the other documents referred to in the Petition including any written plea agreement were read to me in my native language by an Interpreter. The Interpreter also translated any questions and answers between me and my attorney in completing the above documents. I understand the translation of the above documents as well as the questions and answers between me and my attorney. Is this true?

*Los acusados que no hablan inglés deben contestar a la pregunta siguiente: Un Intérprete me leyó en mi idioma materno esta Petición y demás documentos mencionados en la misma incluyendo cualquier convenio escrito para declararme culpable. El Intérprete también tradujo toda pregunta y respuesta entre mi abogado y mí al llenar los blancos en todos estos documentos. Entiendo tanto las traducciones de estos documentos como las preguntas y respuestas que se dieron entre mi abogado y mí. ¿Esto es cierto?*

                                        Yes/Sí _____   No _____

Signed in the presence of my attorney under penalty of perjury this __2/5/__
day of ____June_____ __2010__
*Firmado ante mi abogado so pena de perjurio este día _____ de _____*
_____ de _____.

_____
Defendant/*Acusado(a)*

## CERTIFICATE OF DEFENSE COUNSEL

I, as lawyer for the defendant, hereby certify that:

1.    I have read and fully explained to the defendant the allegations contained in the indictment or information in this case.

2.    The plea of guilty offered by the defendant to Count(s) _Lound III_ accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is voluntarily and understandingly made.

3.    I assure the court that I have advised the defendant about the sentencing procedures under the Advisory Sentencing Guidelines and 18 U.S.C. Section 3553(a)  and have explained to the defendant the potential consequences of a plea of guilty in light of the matters set out in section D of this petition.

Signed by me in the presence of the defendant and after full discussion of the contents of this certificate with the defendant this _21_ day of _June_, 20_10_.

_____
Attorney for the Defendant

## *CERTIFICACIÓN DEL ABOGADO DEFENSOR*

*En calidad de abogado del acusado por medio de la presente certifico que:*

*1.    He leído y explicado completamente al acusado lo alegado en la inculpación formal o en la acusación de la fiscalía en esta causa.*

*2.    La declaración de culpabilidad que presenta el acusado al (los) Cargo(s) _____ _____ corresponde a mi entendimiento de los hechos que el acusado me relató, es concordante con mi asesoría al acusado y en mi opinión es voluntaria y con conocimiento de causa.*

*3.    Le aseguro a la corte que le dí aviso al acusado de los procedimientos para dictar sentencias bajo las Fórmulas Asesoras para Calcular Sentencias y el Capítulo 18 del Código Penal Fracción 3553(a) y le expliqué al acusado la consecuencias potenciales de declararse culpable en vista de los factores explayados en la parte D de esta petición.*

*Habiendo tratado a fondo el contenido de esta certificación, firmo ante el acusado  este día____ de _____, 20_____.*

_____
*Abogado Defensor*

## CERTIFICATE OF PROSECUTING ATTORNEY

I, as lawyer for the government, hereby certify that:

1.      I have read and fully discussed with defense counsel the allegations contained in the indictment or information in this case.

2.      I have also reviewed this Petition to Enter a Plea of Guilty and find it to be in accordance with my knowledge of the defendant and this case.

3.      To the best of my knowledge and belief, the defendant in this case is pleading guilty to a charge which adequately reflects the seriousness of the actual offense behavior and the relevant conduct of the defendant as defined by the U.S. Sentencing Commission (See e.g. U.S. Sentencing Guidelines §1B1.3).

4.      In my judgment, acceptance of the defendant's plea(s) of guilty to the charge(s) in question will not undermine the statutory purposes of sentencing.

Signed by me this 2ð Day of _____, 20 10.

_____
Maria R. Mora

Attorney for the Government

## *CERTIFICACIÓN DEL FISCAL*

*En calidad de fiscal por medio de la presente certifico que:*

*1.      He leído y tratado exhaustivamente con el abogado defensor las acusaciones contenidas en la inculpación formal o en la acusación de la fiscalía en esta causa.*

*2.      Asimismo he analizado esta Petición para Presentar Declaración de Culpabilidad y declaro que corresponde a mi conocimiento de esta causa y del acusado.*

*3.      Según mi leal saber y entender, el acusado en esta causa se está declarando culpable a un cargo que refleja adecuadamente la gravedad de la conducta delictiva y su conducta relacionada a ésta como lo define la Comisión Federal para Formular Sentencias (Ver Directrices Federales para Formular Sentencias §1B1.3).*

*4.      Considero que la aceptación de la(s) declaración(es) de culpabilidad del acusado del (los) cargo(s) en cuestión no atentan contra los objetivos estatutuarios de sentencias condenatorias.*
*Firmado por mí este día _____ de _____, 20 _____.*

_____
*Fiscal*