IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER PARROTT, | ) | PRELIMINARY ORDER |
| | ) | OF FORFEITURE |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 356). The Court has reviewed the record in this case and finds as follows:

1. Defendant has entered into a Plea Agreement, whereby he has agreed to plead guilty to Counts I and III of said Indictment. Count I of said Indictment charges the defendant with conspiracy to distribute marijuana, a violation of 21 U.S.C. § 846. Count III of said Indictment charges the defendant with using the following:

> a) $145,745.00 in United States currency recovered from Howard Kimble on February 14, 2008;
>
> b) 1996 Mercedes Benz, Model C220, VIN WBDHA22E5T332424 registered to Ketsana Sengchan;
>
> c) 2006 BMW 750, VIN WBAHN83516DT29217 registered to Lonnie Robinson;
>
> d) 2005 Cadillac STS, VIN 1G6DC67A950226803 registered to Collette Parrott;
>
> e) 2003 Cadillac Escalade, VIN 1GYEK63N23R220115 registered to Tiffany Turner;

      f) Pinnacle Bank Account #6912183410 in the name of Mango Creek Properties, Inc. with a balance as of November 30, 2009, of $24,821.95;

      g) $46,870. in monies delivered by Christopher Parrott now held as evidence at the Bellevue Police Department property room; and

      h) the real property described as BOULEVARD PARK ADD LOT 7 BLOCK 9 E 40 S 30 FT & E 40 FT LOT 8 40 X 80, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1602 Laird, Omaha, Nebraska.

to facilitate the commission of the conspiracy and charges said personal property is derived from proceeds obtained directly or indirectly as a result of the commission of the conspiracy.

      In the Plea Agreement, the defendant also agreed to forfeit any and all interest he had in the following:

      a) $1,280 in United States currency found on December 18, 2009, at 6918 Spring Street, #215, Omaha, Nebraska;

      b) $9,500 in United States currency seized on December 18, 2009, at 9605 S. 22nd Street, Omaha, Nebraska; and

      c) $85,120 in United States currency seized from a safe deposit box at Pinnacle Bank on December 18, 2009.

      2. By virtue of said plea of guilty, the defendant forfeits his interest in the subject properties, and the United States should be entitled to possession of said properties, pursuant to 21 U.S.C. § 853.

      3. The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A.  The United States' Motion for Issuance of Preliminary Order of Forfeiture is hereby sustained.

B.  Based upon Count III of the Indictment and the defendant's plea of guilty, the United States is hereby authorized to seize the following-described property:

> a)  $145,745.00 in United States currency recovered from Howard Kimble on February 14, 2008;
>
> b)  1996 Mercedes Benz, Model C220, VIN WBDHA22E5T332424 registered to Ketsana Sengchan;
>
> c)  2006 BMW 750, VIN WBAHN83516DT29217 registered to Lonnie Robinson;
>
> d)  2005 Cadillac STS, VIN 1G6DC67A950226803 registered to Collette Parrott;
>
> e)  2003 Cadillac Escalade, VIN 1GYEK63N23R220115 registered to Tiffany Turner;
>
> f)  Pinnacle Bank Account #6912183410 in the name of Mango Creek Properties, Inc. with a balance as of November 30, 2009, of $24,821.95;
>
> g)  $46,870. in monies delivered by Christopher Parrott now held as evidence at the Bellevue Police Department property room;
>
> h)  the real property described as BOULEVARD PARK ADD LOT 7 BLOCK 9 E 40 S 30 FT & E 40 FT LOT 8 40 X 80, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1602 Laird, Omaha, Nebraska.

      i) $1,280 in United States currency found on December 18, 2009, at 6918 Spring Street, #215, Omaha, Nebraska;

      j) $9,500 in United States currency seized on December 18, 2009, at 9605 S. 22nd Street, Omaha, Nebraska; and

      k) $85,120 in United States currency seized from a safe deposit box at Pinnacle Bank on December 18, 2009.

  C. Defendant's interest in said properties is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

  D. The aforementioned forfeited properties are to be held by the United States in its secure custody and control.

  E. Pursuant to 21 U.S.C. § 853(n)(1), the United States forthwith shall publish for at least thirty consecutive days on an official Government internet site (www.forfeiture.gov) notice of this Order, Notice of Publication evidencing the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject forfeited properties must file a Petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

  F. Said published notice shall state the Petition referred to in Paragraph E., above, shall be for a hearing to adjudicate the validity of the Petitioner's alleged interest in the properties, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject properties and any additional facts supporting the Petitioner's claim and the relief sought.

G.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties subject to this Order as a substitute for published notice as to those persons so notified.

H.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 19th day of July, 2010

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court