IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
             Plaintiff,       )         8:09CR457
                              )
     v.                       )
                              )
CHRISTOPHER PARROTT,          )         ORDER
                              )
             Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 629). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; sentencing is rescheduled for:

**Thursday, May 5, 2011, at 9 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 3rd day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court