UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER PARROTT, | ) | **FINAL ORDER OF FORFEITURE** |
| ANTHONY PARROTT, | ) | |
| JOE MARK FELIX, | ) | |
| DESHAWN HERNANDEZ, | ) | |
| VICKI CASS, | ) | |
| AMY GRIFFITH, | ) | |
| YVONNE ACKERLY, | ) | |
| JAMIE ACKERLY, | ) | |
| | ) | |
| Defendants. | ) | |
|  | ) | |

      This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 1274). The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

      1. The Court entered Preliminary Orders of Forfeiture (Filing Nos. 357 and 959) and an Amended Preliminary Order of Forfeiture (Filing No. 1226), pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, and Title 18, United States Code, Sections 1956(h) and 2. Based upon the defendants' (not including Deshawn Hernandez) pleas of guilty to Counts I, III or the Forfeiture Allegation of the Indictment or the Information, their in the properties listed below were forfeited to the United States. Deshawn Hernandez was found guilty by a federal grand jury of Counts I and II of a Superseding Indictment and, based on such verdict, her interest in the following properties is also forfeited to the United States:

a. 1996 Mercedes Benz, Model C220, VIN WBDHA22E5T332424 registered to Ketsana Sengchan;

b. 2006 BMW 750, VIN WBAHN83516DT29217 registered to Lonnie Robinson;

c. 2005 Cadillac STS, VIN 1G6DC67A950226803 registered to Collette Parrott;

d. 2003 Cadillac Escalade, VIN 1GYEK63N23R220115 registered to Tiffany Turner;

e. Pinnacle Bank Account #6912183410 in the name of Mango Creek Properties, Inc. with a balance as of November 30, 2009, of $24,821.95;

f. $46,870 in monies delivered by Christopher Parrott now held as evidence at the Bellevue Police Department property room;

g. $1,000.00 in United States currency refunded to Mango Creek account from GBS Partners, Inc.;

h. $1,000.00 in United States currency converted from a check from Spence Escrow Co. payable to U.S. Department of Treasury for proceeds from escrow account holding monies for Deshawn Hernandez from check number 1004 from Wells Fargo Bank.

i. $85,120.00 in United States currency seized from safety deposit box at Pinnacle Bank on December 18, 2009.

j. The real property described as Boulevard Park Add Lot 7 Block 9 E 40 S 30 ft & E 40 ft Lot 8 40 x 80, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1602 Laird, Omaha, Nebraska.

k. The real property described as North 91.5 Feet, West 28 Feet, Lot 6, In The North 91.5 Feet Of Lot 7, Block 4, Parkers Addition, as surveyed, and platted in Douglas County, Nebraska, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1923 N. 27th Street, Omaha, Nebraska;

l. The real property described as Lot 12, Block 2, Hitchcocks 1st Addition, An Addition To The City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska commonly known as 3744 Lake Street, Omaha, Nebraska, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3744 Lake Street, Omaha, Nebraska;

m. The real property described as 3181 Pennington Cir SW, Atlanta, GA, as surveyed, platted and recorded in Fulton County, Georgia, commonly known as 3181 Pennington Cir. SW, Atlanta, Georgia (titled in the name of E Zone Investments LLC);

n. The real property described as Hastings & Heydens 3rd Add Lot 14 Block 0 Lots 13 & 82x120, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 2444 Browne Street, Omaha, Nebraska;

o. The real property described as Fairfax Lot 216 Block 0 40 x 134, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3721 N. 39th Street, Omaha, Nebraska (titled in the name of Mango Creek Properties Inc.);

p. The real property described as Mossman & Wilson Add Lot 106 Block 0 Lot 106 Block 0, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 2205 N. 39th Street, Omaha, Nebraska;

q. The real property described as Wilson -Carl C-2nd Add Lot 20 Block 0 42 x 129.2, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 4527 N. 36th Avenue, Omaha, Nebraska (titled in the name of E Zone Investments LLC);

r. The real property described as Fontenelle Park Lot 205 Block 0 40 x 130, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3916 N. 42nd, Omaha, Nebraska (titled in the name of E Zone Investments LLC);

s. The real property described as Yale Place Lot 49 Block 0 - Ex S 5 Ft- 40 x 98.2, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3365

        Erksine Street, Omaha, Nebraska; (titled in the name of E Zone Investments LLC).

  t.    A 2002 BMW, VIN WBAGN63462DR06986 registered to Anthony Parrott;

  u.    A 2003 Chevrolet Tahoe, VIN 1GNEK13Z63J24252569 registered to Anthony Parrott;

  v.    A 1998 Cadillac Seville, VIN 1G6KS54Y7WU918722 registered to Anthony Parrott;

  w.    $1,280.00 in United States Currency found on December 18, 2009, at 6918 Spring Street, #215, Omaha, Nebraska;

  x.    $6,445.00 in monies delivered by Vicki Cass and Deshawn Hernandez now held as evidence at the Omaha Police Department property room;

  y.    A 2005 Chrysler 300C, VIN 2C3AA63H95H132560 registered to Amy Griffith;

  z.    A 2006 Ford Extended cab truck, VIN 1FTRX12W56KD21233 registered to Amy Griffith;

  aa.    $9,500.00 in United States Currency seized on December 18, 2009, at 9605 S. 22nd Street, Omaha, Nebraska;

  bb.    A 2006 Ford F-150, VIN 1FTPX14V46NB70038 registered to Yvonne and Jamie Ackerly;

  cc.    A 2006 Ford Taurus, VIN 1FAFP53U06A105082 registered to Yvonne Ackerly.

30.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 1, 2012, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on April 2, 2012 (Filing No. 1262).

3. On April 20, 2012 (Filing No. 1267), the United States gave direct, written notice to Ketsana Sengchan, the titleholder of the 1996 Mercedes Benz mentioned above, of the Court's intent to forfeit her interest in said vehicle unless she filed a Petition with this Court, making her interest in the property known, within thirty days of receipt of the actual notice. More than thirty days have passed since April 20, 2012. Ms. Sengchan has not filed a Petition. Her interest in said vehicle should be forfeited.

4. The United States represents Collette Parrott Pursuant is the titleholder of the 2005 Cadillac STS mentioned, above. On April 16, 2012, the United States filed Collette Parrott's Consent to Forfeiture (Filing No. 1265) pertaining to said 2005 Cadillac STS, wherein Ms. Parrott acknowledges she is the registered titleholder of said vehicle, states she will not contest its forfeiture, and consents to the entry of a default judgment, decree of forfeiture and/or a final order of forfeiture pertaining to said vehicle. Her interest in said vehicle should be forfeited.

5. The United States represents Lonnie Robinson is the titleholder of the 2006 BMW 750 mentioned above and Tiffany Turner is the titleholder of the 2003 Cadillac Escalade mentioned above. The United States attempted to give Mr. Robinson and Ms. Turner direct, written notice of the Court's intent to forfeit their vehicles, at their last known addresses, however, was unable to make contact with Mr. Robinson and Ms. Turner at those addresses. Their interests in these vehicles should be forfeited.

6. The United States represents no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

7. The plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.  All right, title and interest in and to the following properties held by any person or entity are hereby forever barred and foreclosed.

1. 1996 Mercedes Benz, Model C220, VIN WBDHA22E5T332424 registered to Ketsana Sengchan;

2. 2006 BMW 750, VIN WBAHN83516DT29217 registered to Lonnie Robinson;

3. 2005 Cadillac STS, VIN 1G6DC67A950226803 registered to Collette Parrott;

4. 2003 Cadillac Escalade, VIN 1GYEK63N23R220115 registered to Tiffany Turner;

5. Pinnacle Bank Account #6912183410 in the name of Mango Creek Properties, Inc. with a balance as of November 30, 2009, of $24,821.95;

6. $46,870 in monies delivered by Christopher Parrott now held as evidence at the Bellevue Police Department property room;

7. $1,000.00 in United States currency refunded to Mango Creek account from GBS Partners, Inc.;

8. $1,000.00 in United States currency converted from a check from Spence Escrow Co. payable to U.S. Department of Treasury for proceeds from escrow account holding monies for Deshawn Hernandez from check number 1004 from Wells Fargo Bank.

9. $85,120.00 in United States currency seized from safety deposit box at Pinnacle Bank on December 18, 2009.

10. The real property described as Boulevard Park Add Lot 7 Block 9 E 40 S 30 ft & E 40 ft Lot 8 40 x 80, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1602 Laird, Omaha, Nebraska.

11. The real property described as North 91.5 Feet, West 28 Feet, Lot 6, In The North 91.5 Feet Of Lot 7, Block 4, Parkers Addition, as surveyed, and platted in Douglas County, Nebraska, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1923 N. 27th Street, Omaha, Nebraska;

12. The real property described as Lot 12, Block 2, Hitchcocks 1st Addition, An Addition To The City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska commonly known as 3744 Lake Street, Omaha, Nebraska, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3744 Lake Street, Omaha, Nebraska;

13. The real property described as 3181 Pennington Cir SW, Atlanta, GA, as surveyed, platted and recorded in Fulton County, Georgia, commonly known as 3181 Pennington Cir. SW, Atlanta, Georgia (titled in the name of E Zone Investments LLC);

14. The real property described as Hastings & Heydens 3rd Add Lot 14 Block 0 Lots 13 & 82x120, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 2444 Browne Street, Omaha, Nebraska;

15. The real property described as Fairfax Lot 216 Block 0 40 x 134, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3721 N. 39th Street, Omaha, Nebraska (titled in the name of Mango Creek Properties Inc.);

16. The real property described as Mossman & Wilson Add Lot 106 Block 0 Lot 106 Block 0, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 2205 N. 39th Street, Omaha, Nebraska;

17. The real property described as Wilson -Carl C-2nd Add Lot 20 Block 0 42 x 129.2, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 4527 N. 36th Avenue, Omaha, Nebraska (titled in the name of E Zone Investments LLC);

18. The real property described as Fontenelle Park Lot 205 Block 0 40 x 130, as surveyed, platted and recorded in

Douglas County, Nebraska, commonly known as 3916 N. 42nd, Omaha, Nebraska (titled in the name of E Zone Investments LLC);

19. The real property described as Yale Place Lot 49 Block 0 - Ex S 5 Ft- 40 x 98.2, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 3365 Erksine Street, Omaha, Nebraska; (titled in the name of E Zone Investments LLC).

20. A 2002 BMW, VIN WBAGN63462DR06986 registered to Anthony Parrott;

21. A 2003 Chevrolet Tahoe, VIN 1GNEK13Z63J24252569 registered to Anthony Parrott;

22. A 1998 Cadillac Seville, VIN 1G6KS54Y7WU918722 registered to Anthony Parrott;

23. $1,280.00 in United States Currency found on December 18, 2009, at 6918 Spring Street, #215, Omaha, Nebraska;

24. $6,445.00 in monies delivered by Vicki Cass and Deshawn Hernandez now held as evidence at the Omaha Police Department property room;

25. A 2005 Chrysler 300C, VIN 2C3AA63H95H132560 registered to Amy Griffith;

26. A 2006 Ford Extended cab truck, VIN 1FTRX12W56KD21233 registered to Amy Griffith;

27. $9,500.00 in United States Currency seized on December 18, 2009, at 9605 S. 22nd Street, Omaha, Nebraska;

28. A 2006 Ford F-150, VIN 1FTPX14V46NB70038 registered to Yvonne and Jamie Ackerly;

29. A 2006 Ford Taurus, VIN 1FAFP53U06A105082 registered to Yvonne Ackerly.

C. The aforementioned properties be, and the same hereby are, forfeited to the United States of America.

      D.  The United States is directed to dispose of said properties in accordance with law.

DATED this 5th day of June, 2012.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court