IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER PARROTT, | ) | ORDER |
| JOE MARK FELIX, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motions to file sealed documents (Filing Nos. 1328 and 1330). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that plaintiff's motions are granted. Plaintiff's statements shall remain sealed pending further order of the Court.

DATED this 21st day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court